*E-Filed 3/20/12 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 11-5462 RS |
| Plaintiff, | **ORDER TO DISMISS ACTION OR SHOW CAUSE** |
| v. | |
| MARCELINA CORTEZ d/b/a EL CAMINO REAL BAR, | |
| Defendant. | |

No later than April 6, 2012, plaintiff shall either dismiss this action without prejudice or file a brief and any necessary supporting declarations showing cause why this action should not be dismissed in light of the fact that an earlier-filed case, J&J Sports Productions, Inc. v. Marcelina Cortes a/k/a Marcelina Cortez dba El Camino Real Bar, 11-5278 JCS, appears to assert substantively identical claims arising out of the same alleged showing of the pay-per-view program featuring the Pacquiao – Margarito boxing match.  The default judgment hearing in this action set for March 22, 2012 is vacated.

IT IS SO ORDERED.

Dated:  3/20/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE